**Sam Rosen, appellee, v. J. Baskin and Sam Moshkovitz, on appeal of J. Baskin, appellant. Gen. No. 28,855.**

Action for rent. Order denying motion to vacate judgment and for leave to defend. Appeal from the Municipal Court of Chicago; the Hon. Charles A. Williams, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1923. Affirmed. Opinion filed October 30, 1924.

Luster & Luster, for appellant; Max Luster, of counsel. Lewis, Adler, Lederer & Kahn, for appellee.

Mr. Presiding Justice O'Connor delivered the opinion of the court.

---

**C. Kokes, appellee, v. Twelfth Street State Bank, appellant. Gen. No. 28,867.**

Assumpsit to recover savings bank deposit. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Joseph H. Fitch, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1923. Reversed. Opinion filed October 30, 1924.

Cheney, Evans & Peterson, for appellant. Joseph C. Pisha and Ewart Harris, for appellee.

Mr. Presiding Justice O'Connor delivered the opinion of the court.

---

**The Schillinger Construction Company, appellee, v. Midwestern Company, appellant. Gen. No. 28,893.**

Action to recover moneys advanced as rental of machine, value of labor on same and damages for its failure to work. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Wells M. Cook, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1923. Affirmed. Opinion filed October 30, 1924.

Albert Sabath, for appellant; Thomas M. Zasadil, Jr., of counsel. E. W. Austin, for appellee.

Mr. Presiding Justice O'Connor delivered the opinion of the court.

---

**Jacob J. Fels and Agnes Fels, appellees, v. J. A. Bidderman, appellant. Gen. No. 29,333.**

Forcible detainer. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Howard W. Hayes, Judge, presiding. Heard in the third division of this court for the first district at the March term, 1924. Affirmed. Opinion filed October 30, 1924.

I. B. Perlman, for appellant. Herman R. Gore, for appellees; J. E. Yaffe, of counsel.

Mr. Presiding Justice O'Connor delivered the opinion of the court.